**Order entered July 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00758-CV

## EQUINE HOLDINGS, LLC, Appellant

## V.

## MICHAEL JACOBY, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18005**

## ORDER

Before the Court is appellant's July 23, 2019 motion for an extension of time to file its

brief on the merits. We **GRANT** the motion and extend the time to **August 6, 2019**.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE